

Littler Mendelson, PC
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303

**Elisa Nadeau**
408.961.7119 direct
408.998.4150 main
408.851.6831 fax
enadeau@littler.com

December 16, 2015

**VIA ECF**

District Judge Edward J. Davila
United States District Court
Northern District of California
San Jose Courthouse, Courtroom 4 - 5th Floor
280 South 1st Street
San Jose, CA 95113

**GRANTED**
/s/ Judge Edward J. Davila
DATED: 12/18/2015

Re:   *Hanover v. CVS Pharmacy, Inc.*
      Case No. 5:15-cv-02089-EJD

Dear Judge Davila:

Defendant CVS Pharmacy, Inc. and Plaintiff Josephine Hanover hereby respectfully request an extension of the mediation deadline currently set for January 4, 2016 in order to allow Plaintiff's counsel additional time to locate Codefendant Billy Davis, serve him with the complaint, and take his deposition.  The parties have conferred with Mr. Gregory and he is in agreement with this extension and further, the parties have scheduled the mediation for January 28, 2016 at 10:00 a.m.

In light of the above, the parties respectfully requests an extension of the mediation deadline currently set for January 4, 2016 to February 4, 2016.

We appreciate Your Honor's time and attention to this matter.

Respectfully Submitted,                          Respectfully Submitted,

/s/ Elisa Nadeau                                 /s/ Robert D. Ponce
LITTLER MENDELSON                                LAW OFFICES OF ROBERT D. PONCE
Attorneys for Defendant                          Attorneys for Plaintiff
CVS PHARMACY, INC.                               JOSEPHINE HANOVER

cc:   Philip Gregory, Mediator (via e-mail)

Firmwide:137576267.1 074623.1057